IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY L.R. DOZIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:15-CV-117-WKW |
| ) | |
| LAWTON ARMSTRONG, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

On November 10, 2015, the Magistrate Judge filed a Recommendation (Doc. # 7), to which Plaintiff has filed a timely Objection (Doc. # 8). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objections are made, *see* 28 U.S.C. § 636(b)(1). The court concludes that the objections are without merit and that the Magistrate Judge's Recommendation is due to be adopted.

Accordingly, it is ORDERED as follows:

1. Plaintiff's objections (Doc. # 8) are OVERRULED;

2. The Recommendation (Doc. # 7) is ADOPTED;

3. Plaintiff's complaint, as amended, is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii) because the amended

complaint is frivolous, fails to state a claim on which relief can be granted, and seeks monetary relief from defendants who are immune to such relief; and

4. Plaintiff's motion to lift stay to serve defendants (Doc. # 6) is DENIED as moot.

A final judgment will be entered separately.

DONE this 1st day of December, 2015.

                                           /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE